1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CENTER FOR HUMAN RIGHTS
     LAW and ADVOCACY,
12                                       NO. Civ.S-06-2175 LKK/DAD
             Plaintiff,
13
         v.                              **ORDER RE DISPOSAL**
14                                       **DOCUMENTS AFTER**
     HARBOR PARK INVESTMENT              **NOTIFICATION OF SETTLEMENT**
15   GROUP, LLC; CAMERON RAZAVI;
     CHRISTINA RENEE SUH; PAUL
16   CHAPMAN; CHRISTINA CROUCHET;
     and VIVIANNA ARRELLANO,
17
             Defendants.
18   _____/

19        Counsel for plaintiff has filed a Notice of Settlement in the

20   above-captioned case.  The court now orders that the dispositional

21   documents disposing of the case be filed no later than forty-five

22   (45) days from the effective date of this order.

23        All hearing dates heretofore set in this matter are hereby

24   **VACATED**.

25   ////

26   ////

                                   1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4    IT IS SO ORDERED.

5    DATED:  January 3, 2007.

6

7

8                                 LAWRENCE K. KARLTON
                                  SENIOR JUDGE
9                                 UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26