1  KEVIN T. COLLINS, Bar No. 185427
   DANIEL M. FUCHS, Bar No. 179033
2  HEATHER L. CELIA, Bar No. 244850
   BEST BEST & KRIEGER LLP
3  400 Capitol Mall, Suite 1650
   Sacramento, California 95814
4  Telephone: (916) 325-4000
   Telecopier: (916) 325-4010
5
   Attorneys for Plaintiff
6  Human Rights and Fair Housing Commission of the
   City and County of Sacramento
7

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13  CENTER FOR HUMAN RIGHTS LAW        Case No.  2:06-cv-02175-LKK-DAD
    and ADVOCACY,
14                                     ORDER
            Plaintiff,
15                                     Filed Concurrently with:
         v.
16                                     1.   Ex Parte Application for Extension of Time
    HARBOR PARK INVESTMENT             to File Dispositional Documents; Memorandum
17  GROUP, LLC; CAMERON RAZAVI;        of Points and Authorities
    CHRISTINA RENEE SUH; PAUL
18  CHAPMAN; CHRISTINA CROUCHET;       2.   Declaration of Daniel M. Fuchs
    and VIVIANNA ARRELLANO
19
            Defendants.
20

21

22

23

24

25

26

27

28

                           [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Upon review of the Ex Parte Application filed by Center for Human Rights and Advocacy, the Memorandum of Points and Authorities and supporting Declaration filed concurrently therewith, and all other papers filed in support of and in opposition to said Ex Parte Application, and upon considering the arguments of counsel at the hearing, and good cause appearing to the satisfaction of the Court:

Plaintiff's Ex Parte Application is hereby GRANTED.

Plaintiff shall file dispositional documents by March 2, 2007.

IT IS SO ORDERED.

DATED:  February 22, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

SACRAMENTO\HCELIA\40111.1

- 1 -

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com